AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabtree, Daniel D. | U.S. District Court, District of Kansas | 08/10/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Daniel D. Crabtree
United States District Court, District of Kansas
444 Southeast Quincy, Room 405
Topeka, Kansas 66683

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Equity Investors, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Salary, employment by Unified Government of Wyandotte County/Kansas City, Kansas |
| 2. | 2017 | Director's Fees, paid for service as Director of Lead Bank |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David and Demi Kiersznowski | outings with close personal friends, as descibed in part VIII | $1,154.00 |
| 2. | Bill and Christy Gautreaux | outings with close personal friends, as described in part VIII | $1,200.00 |
| 3. | Kansas City Royals Baseball Club | attendance at Major League Baseball games, as described in part VIII | $410.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AG Mortgage Investment Trust (REIT) | A | Dividend | J | T | | | | | |
| 2. Citigroup Inc. Com New | A | Dividend | J | T | | | | | |
| 3. Eaton Vance Large-Cap Value Fund | C | Distribution | K | T | | | | | |
| 4. Eaton Vance Tax-Managed Growth Fund | A | Distribution | J | T | | | | | |
| 5. Energy Transfer Partners LP | C | Distribution | K | T | | | | | |
| 6. Fidelity Advisor New Insights Fund | E | Distribution | M | T | | | | | |
| 7. General Electric Co. | A | Dividend | | | Sold | 09/08/17 | K | A | |
| 8. Great Plains Energy, Inc. | A | Dividend | J | T | | | | | |
| 9. Growth Fund of America | C | Distribution | K | T | | | | | |
| 10. Intel Corp | A | Dividend | K | T | | | | | |
| 11. Invesco American Franchise Fund | B | Distribution | K | T | | | | | |
| 12. Invesco Charter Fund | C | Distribution | L | T | | | | | |
| 13. Invesco Gloabl Small & Mid Cap Growth Fund | C | Dividend | K | T | | | | | |
| 14. Learning Quest Aggressive Track: Moderate Portfolio (529) | | None | M | T | | | | | |
| 15. Obsidian Energy (f/k/a Penn West Petroleum Ltd.) | | None | J | T | | | | | |
| 16. Targa Resources Corp | B | Dividend | K | T | | | | | |
| 17. Country Club Bank (cash accounts) | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. United Missouri Bank, n.a. (Health Savings Account) | A | Interest | J | T | | | | | |
| 19. US Bank (cash account) | | None | J | T | | | | | |
| 20. Federated Capital Reserves | A | Interest | M | T | | | | | |
| 21. AT&T Inc. Com | B | Dividend | K | T | | | | | |
| 22. Alibaba Group SHS ADR | | None | K | T | | | | | |
| 23. Allianz SE Spon ADR Repstg | | None | K | T | | | | | |
| 24. Apple Inc Com | A | Dividend | L | T | Buy (add'l) | 12/18/17 | J | | |
| 25. Astrazeneca PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 26. KKR & Co LP Del Com Units | A | Distribution | K | T | | | | | |
| 27. Kinder Morgan Inc Del Com | A | Dividend | J | T | | | | | |
| 28. Prospect Cap Corp Com | B | Dividend | J | T | | | | | |
| 29. Walgreen Boots Alliance Inc. Com | A | Dividend | K | T | | | | | |
| 30. Yahoo Inc Com | | None | | | Redeemed | 06/16/17 | K | | |
| 31. Altaba | | None | K | T | Spinoff (from line 30) | 06/16/17 | K | | |
| 32. Oppenheimer Senior Floating Rate Fund | B | Dividend | M | T | | | | | |
| 33. Oppenheirmer Steelpath MLP Alpha | D | Dividend | L | T | | | | | |
| 34. Talmer Bank & Trurst (FDIC insured deposit) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Country Club Financial Services (FDIC insured deposit) | A | Interest | N | T | | | | | |
| 36. Transamerica Life Insurance Company (Flexible Premium Universal Life) | A | Interest | J | T | | | | | |
| 37. Fidelity Advisor Large Cap Stock Fund | D | Distribution | M | T | | | | | |
| 38. Fidelity Advisor (Focus) Health Care Fund | | None | L | T | | | | | |
| 39. Fidelity Advisor Consumer Staples Fund | B | Distribution | K | T | | | | | |
| 40. Fidelity Advisor Energy Fund | A | Dividend | K | T | | | | | |
| 41. Fidelity Advisor International Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 42. Fidelity Advisor International Growth Fund | A | Dividend | K | T | | | | | |
| 43. Fidelity Advisor Mid Cap Value Fund | D | Dividend | L | T | | | | | |
| 44. Vanguard Natural Resoucrs Fund | A | Distribution | | | Redeemed | 08/01/17 | J | | |
| 45. VNR Financial Corp. | A | Distribution | J | T | Spinoff (from line 44) | 08/01/17 | J | | |
| 46. Amercan Funds New Perspective Fund | B | Distribution | K | T | | | | | |
| 47. American Funds Balanced Fund | B | Dividend | K | T | | | | | |
| 48. Calamos Strategic Total Return Fund | B | Dividend | K | T | | | | | |
| 49. BlackRock Equity Dividend Fund | B | Dividend | K | T | | | | | |
| 50. AllianzGI NFJ Dividend International & Premium Strategy Fund | B | Dividend | K | T | | | | | |
| 51. Kraneshares TR China A ETF | A | Distribution | K | T | Buy | 08/18/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wisdom Tree Emerging Markets High Dividend Fund ETF | A | Distribution | K | T | Buy | 05/10/17 | J | | |
| 53. Owens-Corning Inc. | | None | J | T | Buy | 12/18/17 | J | | |
| 54. Amazon.com Inc. | | None | J | T | Buy | 12/18/17 | J | | |
| 55. Vanguard Mid Cap Growth Investment Fund (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V, line 1: The aggregate gift amount shown on this line was provided by close personal friends and the appearance by either of them (or any of their companies or associated foundations) would require that I take no official action with respect to the matter. Both individuals and their associated entities are listed on my recusal list and have been so listed since the time I was appointed. The amount shown in part V consists of the total value of variuos outings to professional and college games, some together as friends and others involving use of tickets they hold. Some but not all of these outings                              , who also are close personal friends of the Kiersznowski family                       .

Part V, line 2: The aggregate gift amount shown on this line was provided by close personal friends and the appearance by either of them (or any of their companies or associated foundations) would require that I take no official action with respect to the matter. Both individuals and their associated entities are listed on my recusal list and have been so listed since the time I was appointed. The amount shown in part V consists of the total value of two outings to charitable events (college scholarship dinner and gallery opening) where they had purchased tables (or otherwise served in a sponsorship role) and invited                       to attend with them as their guests.

Part V, line 3: The gift shown on this line was provided by a former client for whom I served as General Counsel before I was appointed to my current position. This baseball club is listed on my recusal list and its appearance (or the appearance of any of its owners) would require that I take no official action with respect to the matter.

Part VII, line 15: My holdings in this entity did not change. The entity changed its name, however, during the reporting period. The name change took effect on June 26, 2017.

Part VII, line 55: Recently,              learned that                an interest in the Kansas Public Employees Retirement System. This interest is invested in the holding shown on line 55.                       know when      made the contributions that comprise this interest, but we believe it dates back to 1990's when      worked for a municipal government in Kansas. I did not report this interest in my earlier filings because we did not discover it until recently. Line 55 does not provide an acquisition date for this reason.

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 08/10/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel D. Crabtree**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544